## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:08CR180 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE LUIS MONARREZ-CANO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of counsel for the defendant Jose Luis Monarrez-Cano (Monarrez-Cano) for a extension of the standard prertrial motion deadline. The motion was made during the arraignment on the Indictment on December 16, 2015. The government had no objection to the motion. Monarraez-Cano stated he agreed to the motion and acknowledged the additional time needed for the motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. The motion for an extension of the pretrial motion deadline is granted.
2. Monarrez-Cano shall have **to on or before February 29, 2016**, in which to file pretrial motions in accordance with the progression order.
3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from December 16, 2015, to February 29, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge